IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RHIANNON LUCK, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(B),<br><br>　　Plaintiff,<br><br>v.<br><br>SUPERIOR HEALTHPLAN, INC., & CENTENE COMPANY OF TEXAS, L.P.,<br><br>　　Defendants. | CIVIL ACTION NO. 5:16-CV-00295-XR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Defendants Superior Healthplan, Inc. and Centene Company of Texas, L.P., by and through their attorneys, and Plaintiff, Rhiannon Luck ("Plaintiff"), by and through her attorneys, hereby file this Joint Stipulation of Dismissal With Prejudice.

　　1.　　On March 23, 2016, Plaintiff filed this cause of action.  [Doc. No. 1].

　　2.　　On May 31, 2016, this Court granted the parties' Joint Motion to Stay Proceedings pending settlement discussions.  [Doc. No. 23].

　　3.　　On October 7, 2016, this Court entered an order for the parties to submit a stipulation of dismissal or an agreed judgment and any supporting documents by November 7, 2016.  [Doc. No. 27].

　　4.　　Accordingly, the parties stipulate that they have reached an out-of-court settlement and this action shall be dismissed, with prejudice, with each party to bear its own costs of this action and its own attorneys' fees.

6. The parties have attached a Proposed Order of Dismissal with Prejudice hereto.

Respectfully submitted,

<table>
<tr><td>

*/s/ Jay Forester (w/permission)*
J. Derek Braziel
State Bar No. 00793380
J. Forester
State Bar No. 24087532

LEE & BRAZIEL, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

JACK SIEGEL
Co-Attorney in Charge
Texas Bar No. 24070621

SIEGEL LAW GROUP PLLC
10440 N. Central Expy.
Suite 1040
Dallas, Texas 75231
(214) 706-0834 phone
(469) 339-0204 fax
www.siegellawgroup.biz

ATTORNEYS FOR PLAINTIFF

</td><td>

*/s/ Saba H. Alvi*
Kimberly R. Miers
Texas State Bar No. 24041482
Saba H. Alvi
Texas State Bar No. 24082324

LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100
214.880.0181 (Fax)
kmiers@littler.com
salvi@littler.com

ATTORNEYS FOR DEFENDANTS
SUPERIOR HEALTHPLAN, INC. and
CENTENE COMPANY OF TEXAS, L.P.

</td></tr>
</table>

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2016, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the court. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system as follows:

Jack Siegel
Siegel Law Group PLLC
10440 N. Central Expressway
Suite 1040
Dallas, TX  75231
Jack@siegellawgroup.biz

J. Derek Braziel
Jay Forester
Lee & Braziel, LLP
1801 N. Lamar Street, Suite 325
Dallas, TX 75202
jdbraziel@l-b-law.com
forester@l-b-law.com

                                                   */s/ Saba H. Alvi*
                                                   Kimberly R. Miers
                                                   Saba H. Alvi

Firmwide:142927337.2 084761.1003

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 3**